ADAM SHEA, (*Pro Hac Vice*)
 shea@panish.law
RAHUL RAVIPUDI, Nevada Bar No. 14750
 ravipudi@panish.law
COLIN CAVANAUGH, Nevada Bar No. 13842
 ccavanaugh@panish.law
RYAN A. CASEY, Nevada Bar No. 16211
 rcasey@panish.law
PANISH SHEA RAVIPUDI LLP
300 South 4th Street, Suite 710
Las Vegas, Nevada 89101
Telephone: 877.800.1700
Facsimile: 702.975.2515

THOMAS S. ALCH, Nevada Bar No. 6876
 thomas.alch@shooplaw.com
DAVID R. SHOOP (Pro Hac Vice)
 david.shoop@shooplaw.com
SHOOP | A PROFESSIONAL LAW CORPORATION
9701 Wilshire Boulevard, Suite 950
Beverly Hills, California 90212
Telephone: 310.620.9533
Facsimile: 310.620.6330

Attorneys for Plaintiff, Carol Jones

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., NEWELL BRANDS DISTRIBUTION LLC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-CV-00150-RFB-EJY<br><br>Honorable Richard F. Boulware, II<br>Magistrate Judge Elayna J. Youchah<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DATES and PROPOSED ORDER**<br><br>**(First Request)** |

Plaintiff, CAROL JONES ("Plaintiff"), and Defendants, CVS PHARMACY, INC.,

SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., NEWELL BRANDS

1

**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DATES and PROPOSED ORDER**

DISTRIBUTION LLC., ("Defendants") hereby stipulate to, and request, a sixty (60) extension of the deadlines currently set forth in the February 26, 2025, Joint Discovery Plan and Scheduling Order. (Dkt. No. 21.)  This is first request for an extension of deadlines.

In support of the Stipulation, the Parties state that Good Cause exists as follows:

1. Plaintiff filed her complaint for personal injuries on December 20, 2024. (Dkt. No. 1.) Defendants removed this matter to the United States District Court for the District of Nevada on January 24, 2025, and filed their answers to the complaint on January 31, 2025. (Dkt. Nos. 1, 10 & 11.)

2. On February 26, 2025, the Court issued a Discovery Plan and Scheduling Order (ECF No. 21) containing the following deadlines:

Close of Discovery ............................................................................................. 10/24/2025

Final date to file motions to amend pleadings or add parties ............................. 7/28/2025

Final dates expert disclosures ............................................................................. 08/25/2025

Final dates for Rebuttal expert disclosures ........................................................ 09/24/2025

Final date to file dispositive motions ................................................................. 11/24/2025

Pretrial Orders: .................................................................................................. 12/29/2025

**STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED:**

Each of the parties has provided initial 26a disclosures. Defendants have deposed Plaintiff, Carol Jones.  Plaintiff served 46 separate Requests for Production on each of the four defendants. Each of the Defendants have provided responses and documents. The Defendants conducted an inspection and testing of the subject heating pad that is alleged to have caused Ms. Jones' burn injuries.  The Defendants served Requests for Production, Requests for Admissions and Interrogatories on Plaintiff.  Plaintiff has provided responses and documents to all of Defendants'

discovery requests. Plaintiff provided signed HIPAA authorizations to the Defendants. The parties have obtained Ms. Jones medical records from her medical providers. Plaintiff served four separate 30(b)(6) deposition notices on Sunbeam, and four separate 30(b)(6) deposition notices on Walmart. However, as stated below, the parties agreed to postpone the depositions and attempt to resolve the case through mediation first and conduct the depositions if the mediation was not successful.

**STATEMENT OF DISCOVERY TO BE COMPLETED**

Plaintiff will take the depositions of Defendants' 30(b)(6) witnesses that were noticed in May, 2025. These are necessary for Plaintiff's experts to prepare their reports. The parties will likely depose treating plastic surgeons, Manrique Guerrero, MD, and Irma Fleming, MD. Plaintiff will serve additional Requests for Production, and after Defendant's 30(b)(6) witnesses are deposed, Plaintiff will likely serve additional written discovery requests in the form of Requests for Admissions, Interrogatories and Requests for Production.

Defendants will conduct depositions of Plaintiff's medical providers as well as Plaintiff's family members that witnessed Plaintiff's injuries. Defendants' retained experts are in the process of preparing their reports, and additional discovery and investigation will take place as deemed reasonably and necessary by the parties.

**REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET FORTH BY THE DISCOVERY PLAN AND SCHEDULING ORDER**

This case involves allegations of third degree burn injuries suffered by Ms. Jones from Defendants' heating pad, resulting in Ms. Jones undergoing two surgeries and six da hospitalizations. The Parties have been working diligently on discovery and potential case resolution. In an attempt to litigate this case efficiently and conserve time and money, the parties agreed to complete the above-referenced discovery, and then go to mediation. As part of that

3
**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DATES and PROPOSED ORDER**

agreement, the eight 30(b)(6) depositions that were noticed by Plaintiff in May 2025, were postponed with the plan to take the depositions if the case did not settle at mediation.

The parties attended a mediation on July 28, 2025, before the Honorable Elizabeth Gonzalez (Ret.) of Advanced Resolution Management.  The case did not settle, and, accordingly, there is further discovery to be conducted.  However, counsel for Sunbeam and Newell has indicated that their noticed 30(b)(6) witnesses will not be available for deposition on August 26, 2025, the day after expert disclosures are due pursuant to the current Scheduling Order.  Further, counsel for CVS has not yet been able to provide dates for its noticed 30(b)(6) witnesses. CVS recently discovered that it will be going to trial in a complex matter in early September, and its 30(b)(6) witnesses have had trouble finding firm dates for depositions until the end of that month due to the trial.  These depositions are necessary for Plaintiff's experts to prepare their reports and disclosures.

Good cause also exists for the parties to submit this stipulation within 21 days of the current expert witness disclosure. The parties only discovered that Sunbeam and CVS will be unable to provide witnesses prior to the current expert disclosure deadline on August 8, 2025, due to their prior focus on attempting to mediate this matter. The parties are submitting this stipulation as soon as practical after making the discovery.

**PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

So that the Parties can complete their discovery, investigation and trial preparation, and in turn, litigate this case in an efficient and timely manner, the Parties jointly request a sixty (60) day extension of the dates set forth in the February 26, 2025 Scheduling Order.

Accordingly, it is hereby agreed, stipulated, and requested by and between the Parties that the Court extend the Scheduling Order deadlines as follows:

///

Close of Discovery ………………………………………………………… 12/23/2025

Final Date for Expert Disclosures ………………………………………..10/24/2025

Final Date for Rebuttal Expert Disclosures …………………………………11/25/2025

Final Date to File Dispositive Motions …………………………… ………….1/29/2026

Pretrial Orders…………………………………………………………………..2/27/2026

DATED: August 14, 2025

| **SHOOP A PROFESSIONAL LAW CORP.** | **EVANS FEARS SCHUTTERT MCNULTY MICKUS** |
|---|---|
| /s/ Thomas S. Alch<br>David R. Shoop, Esq. (Pro Hac Vice)<br>Thomas S. Alch, Esq.<br><br>Adam Shea (Pro Hac Vice)<br>Rahul Ravipudi, Esq.<br>Colin Cavanaugh, Esq.<br>Ryan Casey, Esq.<br>PANISH SHEA RAVIPUDI LLP<br><br>*Attorneys for Plaintiff, CAROL JONES* | /s/ Brody R. Wright<br>Jay J. Schuttert, Esq.<br>Brody R. Wight, Esq.<br><br>*Attorneys for Defendants, CVS Pharmacy, Inc., Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands Distribution LLC* |
| **MOFFETT, SIMS, GAUTHIER & WILLOUGHBY** | **BREMER WHYTE BROWN & O'MEARA, LLP** |
| /s/ Brent S. Moffett<br>Brent S. Moffett, Esq. (Pro Hac Vice)<br><br>*Attorneys for Defendants, Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands* | /s/ Elizabeth M. Dean<br>Elizabeth M. Dean, Esq.<br><br>*Attorneys for Defendants, Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands* |

**IT IS SO ORDERED:**

_____
Hon. Elayna J. Youchah
United States Magistrate Judge

DATED: August 14, 2025

**5**
**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DATES and PROPOSED ORDER**