ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
edeane@bremerwhyte.com

Attorneys for Defendants,
SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC. and NEWELL BRANDS DISTRIBUTION, LLC

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., NEWELL BRANDS DISTRIBUTION LLC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:25-cv-00150-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND OTHER DEADLINES**<br><br>**(SECOND REQUEST)** |

At the request of Defendants, Defendants, CVS PHARMACY, INC., SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., NEWELL BRANDS DISTRIBUTION LLC., ("Defendants") and Plaintiff, CAROL JONES ("Plaintiff"), pursuant to LR IA 6-1 and LR 26-3, hereby stipulate to, and request, through their respective offices of counsel, a thirty (30) day extension of the deadlines currently set forth in the Joint Stipulation to Extend Scheduling Order Dates and Order Granting the same by the Court on August 14, 2025 (ECF No. 36).

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1287.799 4930-5194-5846.2

## I. COMPLIANCE WITH LOCAL RULES AND GOOD CAUSE FOR CONTINUANCE

### a. Local Rule IA 6-1

This is the second request for an extension of discovery deadlines. The first request was granted on August 14, 2025, and is on file in this matter as **Document 36**. Pursuant to the Joint Stipulation to Extend Scheduling Order Dates from August 14, 2025, the following dates govern for purposes of discovery:

1. Close of Discovery……………………………….12/23/2025
2. Final Date for Expert Disclosures……………….. 10/24/2025
3. Final Date for Rebuttal Expert Disclosures………11/25/2025
4. Final Date to File Dispositive Motions…………...01/29/2026
5. Pretrial Orders…………………………………….02/27/2026

The present request is filed before the expiration of the existing deadline and is supported by good cause discussed below, which comports with Local Rule IA 6-1.

## II. DISCOVERY COMPLETED TO DATE

### b. Local Rule 7-4

The parties have diligently pursued discovery in this matter, and the following discovery has been completed to date:

Each of the parties has provided their initial disclosures pursuant to FRCP 26(a). The Sunbeam Defendants have also served their first, second, and third supplemental disclosures. Defendants deposed Plaintiff, Carol Jones, and Plaintiff served a set of Requests for Production on each of the four Defendants. Each Defendant provided written responses and document productions in response to those requests.

The Defendants conducted an in-person inspection and testing of the subject heating pad alleged to have caused Plaintiff's burn injuries. The Defendant SUNBEAM PRODUCTS, INC. ("Sunbeam") also served its own Requests for Production, Requests for Admission, and Interrogatories on Plaintiff, to which Plaintiff has provided written responses and responsive documents. Plaintiff has executed and

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1287.799 4930-5194-5846.2

provided signed HIPAA authorizations, and the parties have obtained Plaintiff's medical records from her treating providers.

Plaintiff served four separate Rule 30(b)(6) deposition notices on Sunbeam and four separate Rule 30(b)(6) deposition notices on CVS. Sunbeam was able to produce one person to testify as their NRCP 30(b)(6) witness at the deposition that took place on August 26, 2025, in regard to the topics identified in all four deposition notices that had been issued to same. Following that deposition, the Sunbeam Defendants reviewed Plaintiff's subsequent meet-and-confer correspondence, conducted a thorough review of previously produced materials, and served a supplemental production on September 10, 2025, in response to Plaintiff's requests.

The deposition of CVS' designated FRCP 30(b)(6) witness was scheduled for September 23, 2025. However, CVS determined that it had produced the incorrect documents for the wrong heating pad. CVS' counsel first notified Plaintiff's counsel of the error on September 17, 2025, and CVS indicated that it would not be able to produce its 30(b)(6) witness that had been scheduled by mutual agreement for September 23, 2025. Thereafter. CVS made efforts to locate the correct documents and identify the correct witness to testify in response to the FRCP 30(b)(6) notices that Plaintiff served on May 27, 2025. Although CVS has still been unable to produce the correct documents, CVS's counsel has assured Plaintiff's counsel that the documents will be produced within the next week, and the deposition of CVS' designated 30(b)(6) witness will proceed as agreed on November 13, 2025.

### III.   DISCOVERY TO BE COMPLETED

As this time, Plaintiff seeks to depose the NRCP 30(b)(6) witness of Defendant CVS PHARMACY, INC. ("CVS") which is currently set to take place on November 13, 2025.

In addition, Defendant Sunbeam has requested one additional round of expert testing of the heating pad at issue, which they claim will allow them to better to replicate the manner in which Plaintiff claims to have utilized the heating pad at issue

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1287.799  4930-5194-5846.2

as testified to at her deposition on June 30, 2025. Defendants find that this testing is essential to better understand liability for their and expert's analysis and formal opinions to be issued in this case.

In addition, Defendants will conduct the depositions of Plaintiff's treating medical providers and of Plaintiff's family members who witnessed her injuries.

All parties will likely seek to depose the experts disclosed by the other parties.

### IV. REASON DISCOVERY HAS NOT BEEN COMPLETED

Good cause exists for the requested thirty-day continuance. Since the Court granted the prior extension on August 14, 2025, the parties have diligently pursued discovery, including producing supplemental documents and disclosures, completing depositions, and coordinating expert analysis. However, unforeseen circumstances have prevented the completion of additional expert testing on the heating pad at issue.

Specifically, defense counsel suffered a severe upper respiratory infection in late September and early October 2025, which caused unavoidable delays in coordinating and finalizing the necessary expert testing discussed above. Compounding this, the associate assigned to assist on this case left the firm in early September 2025, temporarily reducing available resources.

Despite these setbacks, Sunbeam Defendants circulated a proposed testing protocol by October 10, 2025, and reached out to Plaintiff's counsel to schedule the additional testing and discuss a brief discovery extension. During a good-faith meet-and-confer on October 13, 2025, it was relayed that Plaintiff's counsel was not necessarily agreeable to same. However, following Sunbeam Defendants' issuance of certain Discovery Motions to the Court (ECF 37 and 38) and, pursuant to a Minute Order issued by the Court as to same (ECF 39), the parties were able to engage in further good faith meet and confer efforts, and reached an agreement to allow for the additional testing to take place and to continue discovery 30 days to accommodate same. (ECF 41).

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1287.799 4930-5194-5846.2

Based on this agreement, the parties hereby submit this Stipulation and Order to Extend Discovery so as to allow the agreed upon testing to proceed in accordance with the agreements reached among the parties and the orders on file with this Court. (*See* ECF 39, 41 and 42). Based on the information and explanation provided above, both good cause exists for the extension requested as well as excusable neglect on the part of Defendants, as to why the proposed Stipulation and Order to Extend Discovery was not able to be provided 21 days prior to the expert disclosure deadline.

## V. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

### c. Local Rule 26-3

In order for the parties to complete the remaining discovery, including the additional expert testing of the subject heating pad, and in turn litigate this case efficiently and on the merits, the Parties respectfully request a thirty (30) day extension of the deadlines set forth in the August 14, 2025 Order Granting Joint Stipulation to Extend Scheduling Order Dates.

Accordingly, the following deadlines are requested:

1. Close of Discovery……………………………….01/22/2026
2. Final Date for Expert Disclosures………………..11/25/2025
3. Final Date for Rebuttal Expert Disclosures………12/26/2025
4. Final Date to File Dispositive Motions…………...02/28/2026
5. Pretrial Orders…………………………………….03/30/2026

Counsel further states that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

///
///
///
///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

5

1287.799 4930-5194-5846.2

Dated October 31, 2025:

| | |
|---|---|
| **SHOOP A PROFESSIONAL LAW CORP.** | **MOFFETT, SIMS, GAUTHIER & WILLOUGHBY** |
| /s/ Thomas S. Alch | /s/ Brent S. Moffett |
| David R. Shoop, Esq. (Pro Hac Vice) | Brent S. Moffett, Esq. (Pro Hac Vice) |
| Thomas S. Alch, Esq. | *Attorneys for Defendants, Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands* |
| Adam Shea (Pro Hac Vice) | |
| Rahul Ravipudi, Esq. | |
| Colin Cavanaugh, Esq. | |
| Ryan Casey, Esq. | |
| PANISH SHEA RAVIPUDI LLP | |
| *Attorneys for Plaintiff, CAROL JONES* | |
| **BREMER WHYTE BROWN & O'MEARA, LLP** | **EVANS FEARS SCHUTTERT MCNULTY MICKUS** |
| /s/ Elizabeth M. Deane | /s/ Brody R. Wight |
| Elizabeth M. Deane, Esq. | Jay J. Schuttert, Esq. |
| *Attorneys for Defendants, Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands* | Brody R. Wight, Esq. |
| | *Attorneys for Defendant, CVS Pharmacy, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2025

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

6

1287.799 4930-5194-5846.2