ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
edeane@bremerwhyte.com

Attorneys for Defendants,
SUNBEAM PRODUCTS, INC., NEWELL
BRANDS, INC. and NEWELL BRANDS
DISTRIBUTION, LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL JONES, an individual, | Case No.  2:25-cv-00150-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS _WITH PREJUDICE_** |
| CVS PHARMACY, INC., SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., NEWELL BRANDS DISTRIBUTION LLC., and DOES 1-100, inclusive, | |
| Defendants. | |

Plaintiff, CAROL JONES ("Plaintiff"), and Defendants, CVS PHARMACY, INC., SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., and NEWELL BRANDS DISTRIBUTION LLC., ("Defendants"), by and through their respective counsel of record all do hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that all of Plaintiff's causes of action and claims for relief asserted against Defendants in the operative Complaint originally placed on file in the Eighth Judicial District Court of Clark County, Nevada, under Case No. A-24-908623-C, and which has since been removed to the United

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1287.799  4932-0257-8089.1

States District Court, District of Nevada under Case No. 2:25-cv-00150-RFB-EJY, should hereby be dismissed **_with prejudice_**;

IT IS HEREBY FURTHER STIPULATED that all parties are to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 18, 2026:

| | |
|---|---|
| **SHOOP A PROFESSIONAL LAW CORP.** | **MOFFETT, SIMS, GAUTHIER & WILLOUGHBY** |
| /s/ Thomas S. Alch | /s/ Brent S. Moffett |
| David R. Shoop, Esq. (Pro Hac Vice) | Brent S. Moffett, Esq. (Pro Hac Vice) |
| Thomas S. Alch, Esq. | *Attorneys for Defendants, Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands* |
| Adam Shea (Pro Hac Vice) | |
| Rahul Ravipudi, Esq. | |
| Colin Cavanaugh, Esq. | |
| Ryan Casey, Esq. | |
| PANISH SHEA RAVIPUDI LLP | |
| *Attorneys for Plaintiff, CAROL JONES* | |
| **BREMER WHYTE BROWN & O'MEARA, LLP** | **EVANS FEARS SCHUTTERT MCNULTY MICKUS** |
| /s/ Elizabeth M. Deane | /s/ Brody R. Wight |
| Elizabeth M. Deane, Esq. | Jay J. Schuttert, Esq. |
| *Attorneys for Defendants, Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands* | Brody R. Wight, Esq. |
| | *Attorneys for Defendant, CVS Pharmacy, Inc.* |

**IT IS SO ORDERED**.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED** this 19th day of May, 2026.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1287.799 4932-0257-8089.1